ROBERT K. WOODS, Plaintiff in Error, *v.* CATHERINE McCOY AND W. W. McCOY, Defendants in Error.

1. Woods v. Hilderbrand, *ante*, p. 284, affirmed.

### Error to First District Court.

*Ewing & Smith*, with *Burke & Howard*, for plaintiff in error.

*Gordon, Owens & Wood*, for defendants in error.

BLISS, Judge, delivered the opinion of the court.

This is a counterpart to Woods v. Hilderbrand, *ante*, p. 284, and the same questions are involved.

Judgment reversed and cause remanded. The other judges concur.